**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JANE B. O'MALLEY, AS ADMINISTRATOR - CTA OF THE ESTATE OF MICHAEL P. O'MALLEY, DECEASED, | : | No. 291 WAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioner | : | from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOHN T. CONWAY, INDIVIDUALLY, AND DAVID P. CONWAY, AS ADMINISTRATOR - CTA OF THE ESTATE OF JEFFREY T. CONWAY, DECEASED, AND AS CO-PARTNERS TRADING AS CONWAY, CONWAY & O'MALLEY, REAL ESTATE PARTNERSHIP; AND CONWAY, CONWAY, & O'MALLEY REAL ESTATE PARTNERSHIP, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.